United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-20692-mdc
Susan McKeon                                                              Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2          Date Rcvd: Mar 20, 2013
                             Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2013.
db          +Susan McKeon,   2 Colts Neck Way,   Thornton, PA 19373-1112
smg          City of Philadelphia,   City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,
             1515 Arch Street 15th Floor,   Philadelphia, PA 19102-1595
smg         +U.S. Attorney Office,   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,
             Philadelphia, PA 19106-4404
12907547    +Deustche Bank,   Home Loan Services, Inc.,   Bankruptcy Department,
             150 Allegheny Center Hall, IDC 24-050,   Pittsburgh, PA 15212-5335
12965463    +Deutsche Bank National Trust Company as Trustee,   c/o MARISA MYERS COHEN,   123 S. Broad Street,
             Suite 2080,   Philadelphia, PA 19109-1031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2013 02:12:19
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
                                                                                      TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0313-2          User: John               Page 2 of 2          Date Rcvd: Mar 20, 2013
                             Form ID: pdf900          Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2013 at the address(es) listed below:
          EUGENE J. MALADY    on behalf of Debtor Susan McKeon kjones@ejmcounselors.com,
           emalady@ejmcounselors.com;mjlarkin@ejmcounselors.com
          GARY F SEITZ    on behalf of Trustee LYNN FELDMAN gseitz@rawle.com,  talston@rawle.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.epiqsystems.com
          MARISA MYERS COHEN    on behalf of Creditor  Deutsche Bank National Trust Company, as Trustee
           mcohen@mwc-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Susan Mckeon<br><br>                    Debtor | Chapter 7<br>Bankruptcy No. 12-20692 MDC<br>Hearing Date: March 20, 2013<br>Time: 10:30 a.m.<br>Location: Court Room # 5 |

### ORDER

AND NOW, this _20th_ day of _March_ , 20_13_ , it is hereby ORDERED that the

automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Deutsche Bank

National Trust Company, as Trustee of the Home Equity Mortgage Loan Asset-backed Trust Series INABS

2006-E, Home Equity Mortgage Loan Asset-backed Certificates, Series INABS 2006-E under the Pooling and

Servicing Agreement dated Dec 1, 2006, or its Successor or Assignee, to exercise applicable state court

remedies with respect to the property located at: 2 Colts Neck Way, Thorton, Pennsylvania 19373.


Magdaline D. Coleman
United States Bankruptcy Judge

cc.:

Lynn E. Feldman, Esquire
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

Marisa J. Cohen, Esquire
McCabe, Weisberg & Conway
123 S. Broad St., Suite 1400
Philadelphia, PA 19109

Eugene J. Malady, Esquire
Eugene J. Malady, LLC
200 East State Street, Suite 309
Media, PA 19063

Susan Mckeon
2 Colts Neck Way
Thorton, PA 19373

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107