IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :
                                            :    Chapter 7
MCKEON, SUSAN                               :
                                            :    Case No. 12-20692-MDC
                                            :
        Debtor(s)                           :

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this _24th_ day of _September_, 2014, upon consideration of the Trustee's Final Report and Account (the "Final Report") and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

_____
The Honorable Magdeline D. Coleman
United States Bankruptcy Judge