# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:  §
§
MCKEON, SUSAN  §  Case No. 12-20692
§
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

LYNN E. FELDMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

   4) This case was originally filed under chapter   on         . The case was pending for    months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____ By:/s/LYNN E. FELDMAN_____
                                                                  Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Deustche Bank Home Loan Services, Inc. Bankruptcy Department 150 Allegheny Center Hall, IDC 24-050 Pittsburgh, PA 15212 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mariano Pension Fund Baltimore and Maples Avenues Clifton Heights, PA 19018 | | | | | |
| | Prime Builders 706 Broadway Avenue Clifton Heights, PA 19018 | | | | | |
| 000005A | MARIANO PENSION FUND | | | | | |
| 000004 | PRIME BUILDERS | | | | | |
| 000001 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LYNN E FELDMAN | | | | | |
| LYNN E FELDMAN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| EAGLEBANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GELLERT SCALI BUSENKELL & BROWN | | | | | |
| RAWLE & HENDERSON LLP | | | | | |
| RAWLE & HENDERSON LLP | | | | | |
| CHARLES PERSING | | | | | |
| CHARLES PERSING | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer P.O. Box 7047 Dover, DE 19903 | | | | | |
| | Chase 201 N. Walnut Street Wilmington, DE 19801 | | | | | |
| | Cornerstone/Dept Of E 1200 N 7th St Harrisburg, PA 17102 | | | | | |
| | Delmck Company 33 Jefferson Street Clifton Heights, PA 19018 | | | | | |
| | Gecrb/Tjx Cos Po Box 1400 El Paso, TX 79948 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael and Catheine DellaVecchio 321 Danbury Lane Glen Mills, PA 19342 | | | | | |
| 000003 | CAPITAL RECOVERY V, LLC | | | | | |
| 000002 | DOMINICK A. LONGHI | | | | | |
| | MARIANO PENSION FUND | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-20692 | MDC | Judge: Magdeline D. Coleman | Trustee Name: | LYNN E. FELDMAN |
| Case Name: | MCKEON, SUSAN | | | Date Filed (f) or Converted (c): | 11/15/12 (f) |
| | | | | 341(a) Meeting Date: | 12/12/12 |
| For Period Ending: | 12/30/14 | | | Claims Bar Date: | 04/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2 Colt Necks Way Thornton PA 19373 | 470,495.00 | 0.00 | | 0.00 | FA |
| 2. Checking account First Niagara Bank | 300.00 | 0.00 | | 0.00 | FA |
| 3. Used Furniture | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. Used clothing | 400.00 | 0.00 | | 0.00 | FA |
| 5. Franklin Templton Investments IRA | 7,627.62 | 0.00 | | 0.00 | FA |
| 6. 2011 Tax Refund Seized by Internal Revenue Service | 5,805.00 | 0.00 | | 0.00 | FA |
| 7. LIFE INSURANCE PROCEEDS RECEIVED 8/3/11 (u) | 100,805.48 | 0.00 | | 0.00 | FA |
| husband died, leaving life insurance proceeds to debtor. debtor transferred the money to son's account. objection to exemption pending. | | | | | |
| 8. fraudulent transfer (u) | 0.00 | 32,500.00 | | 32,500.00 | FA |
| adversary number 13-00236 fraudulent tranfer of life insurance proceeds court order approving stip signed 10/30/13 | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $590,433.10 | $32,500.00 | | $32,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/18/13: spoke with Gary Seitz, general counsel. He spoke with debtor's counsel and discussed constructive fraud, fraudulent transfers. Gary made a turnover demand and counsel refused. Gary filing objection to exemptions and then filing a fraudulent transfer complaint.

2/6/13; deposition of debtor and her son scheduled for 3/6/13 at Rawle Henderson

5/22/13: spoke with Gary Seitz. He advised the debtor and son not to spend any money. He is continuing to negotiate with atty regarding settlement and preparing for the hearing date.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-20692    MDC    Judge: Magdeline D. Coleman | Trustee Name:    LYNN E. FELDMAN |
| Case Name: | MCKEON, SUSAN | Date Filed (f) or Converted (c):    11/15/12 (f) |
| | | 341(a) Meeting Date:    12/12/12 |
| | | Claims Bar Date:    04/22/13 |

8/15/13: mediator has been appointed and both sides setting the date of mediation.

11/19/13: order approving settlement of adversary complaint in the amount of $32,500.00 signed and stipulation to dismiss adversary filed 11/19/13 .

12/1/213: Motion to appoint Accountant to be hired to do the final estate returns.

12/12/13: motion to appoint accountant filed.

11/12/14: spoke to atty mariano. he is going to find out from his client why he has not cashed the check. 484-326-6110

Initial Projected Date of Final Report (TFR): 06/30/14    Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-20692 -MDC | Trustee Name: | LYNN E. FELDMAN |
| Case Name: | MCKEON, SUSAN | Bank Name: | EAGLEBANK |
| | | Account Number / CD #: | *******0046 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4149 | | |
| For Period Ending: | 12/30/14 | Blanket Bond (per case limit): | $ 13,823,077.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/14/13 | 8 | PHILIP J MCKEON, JR<br>2 COLTS NECK WAY<br>THORNTON, PA 19373-1112 | SETTLEMENT | 1241-000 | 32,500.00 | | 32,500.00 |
| 12/11/13 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 33.00 | 32,467.00 |
| 01/02/14 | 003001 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | Blanket Bond Payment | 2300-000 | | 26.38 | 32,440.62 |
| 01/13/14 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 34.00 | 32,406.62 |
| 02/12/14 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 34.00 | 32,372.62 |
| 03/10/14 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 31.00 | 32,341.62 |
| 04/10/14 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 34.00 | 32,307.62 |
| 05/09/14 | | EAGLEBANK | BANK SERVICE FEE | 2600-000 | | 33.00 | 32,274.62 |
| 10/14/14 | 003002 | LYNN E FELDMAN<br>221 N. CEDAR CREST BLVD<br>ALLENTOWN, PA 18104 | Chapter 7 Compensation/Fees | 2100-000 | | 4,000.00 | 28,274.62 |
| 10/14/14 | 003003 | LYNN E FELDMAN<br>221 N. CEDAR CREST BLVD<br>ALLENTOWN, PA 18104 | Chapter 7 Expenses | 2200-000 | | 70.90 | 28,203.72 |
| 10/14/14 | 003004 | RAWLE & HENDERSON LLP<br>THE WIDENER BUILDING<br>1339 CHESTNUT ST., 16TH FLOOR<br>PHILADELPHIA, PA 19107 | Attorney for Trustee Fees (Other Fi | | | 6,529.00 | 21,674.72 |
| | | | Fees        6,525.00 | 3210-000 | | | |
| | | | Expenses        4.00 | 3220-000 | | | |
| 10/14/14 | 003005 | CHARLES PERSING<br>BEDERSON LLP<br>347 MOUNT PLEASANT AVENUE, STE. 200 | Accountant for Trustee Fees (Other | | | 1,369.50 | 20,305.22 |

Page Subtotals        32,500.00        12,194.78

Ver: 18.03b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit 9

| Case No: | 12-20692 -MDC | Trustee Name: | LYNN E. FELDMAN |
|---|---|---|---|
| Case Name: | MCKEON, SUSAN | Bank Name: | EAGLEBANK |
| | | Account Number / CD #: | *******0046 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4149 | | |
| For Period Ending: | 12/30/14 | Blanket Bond (per case limit): | $ 13,823,077.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | WEST ORANGE, NJ 07052 | Fees         1,332.00 | 3410-000 | | | |
| | | | Expenses        37.50 | 3420-000 | | | |
| 10/14/14 | 003006 | GELLERT SCALI BUSENKELL &BROWN GARY SEITZ, ESQ THE CURTIS CENTER 601 WALNUT ST., STE 280 SOUTH PHILADELPHIA, PA 19106 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 6,545.00 | 13,760.22 |
| 10/14/14 | 003007 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 000001, Payment 100.00000% | 4300-000 | | 202.97 | 13,557.25 |
| 10/14/14 | 003008 | Mariano Pension Fund c/o Robert J. Dudash, Esquire 5030 State Road, Suite 2-600 Drexel Hill, PA 19026 | General Unsecured 726(a)(2) | 7100-000 | | 6,871.28 | 6,685.97 |
| 10/14/14 | 003009 | Dominick A. Longhi c/o Howard S. Klein & Assoc. 1315 Walnut Street Phila., PA 19107 | Claim 000002, Payment 5.89885% | 7100-000 | | 6,670.64 | 15.33 |
| 10/14/14 | 003010 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Claim 000003, Payment 5.89933% | 7100-000 | | 15.33 | 0.00 |

Page Subtotals         0.00         20,305.22

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 12-20692 -MDC | Trustee Name: | LYNN E. FELDMAN |
| Case Name: | MCKEON, SUSAN | Bank Name: | EAGLEBANK |
| | | Account Number / CD #: | *******0046  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4149 | | |
| For Period Ending: | 12/30/14 | Blanket Bond (per case limit): | $ 13,823,077.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 32,500.00 | 32,500.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 32,500.00 | 32,500.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 32,500.00 | 32,500.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0046) | 32,500.00 | 32,500.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 32,500.00 | 32,500.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*